1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
   Special Assistant United States Attorney
5          Office of the General Counsel
6          Social Security Administration
7          6401 Security Boulevard
           Baltimore, Maryland 21235
8          Telephone: (510) 970-4822
           E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13   LARRY NUNEZ,                        )   Case No.: 1:24-cv-01050-BAM
                                          )
14                                        )
                                          )
15                 Plaintiff,             )   STIPULATION FOR VOLUNTARY
                                          )   REMAND PURSUANT TO SENTENCE
16        v.                              )   FOUR OF 42 U.S.C. § 405(g); ORDER
                                          )
17                                        )
   COMMISSIONER OF SOCIAL SECURITY        )
18                                        )
                   Defendant.             )
19                                        )
                                          )
20  ─────────────────────────────────────)

21

22        IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

23  attorneys, and with the approval of the Court, that the Commissioner of Social Security has

24  agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The

    purpose of the remand is to offer Plaintiff a new decision.

25        On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further

26  develop the record as necessary; and issue a new decision. The parties further request that the

27

28

Stip. For Voluntary Remand;  Case 1:24-cv-01050-BAM          1

Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 27, 2024     */s/ Francesco P. Benavides* *
(*as authorized via e-mail on 12/20/24)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: December 27, 2024     PHILLIP A. TALBERT
United States Attorney

By:     */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 13), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  Furthermore, the Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
IT IS SO ORDERED.

Dated:   **December 30, 2024**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE